IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CAROLYN PEEK ALEXANDER, | * | |
| Plaintiff, | * | |
| v. | | Case No. 3:26-cv-168 (TES) |
| | * | |
| RYAN YOUNG, et al., | | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 5, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk